No. 10-9003. Jaime C. Santiago, Petitioner v. Christine Whidden, Warden.

562 U.S. 1300, 131 S. Ct. 1710, 179 L. Ed. 2d 640, 2011 U.S. LEXIS 2329.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-9005. Ronnie Melvin Flowers, Petitioner v. United States.

562 U.S. 1300, 131 S. Ct. 1710, 179 L. Ed. 2d 640, 2011 U.S. LEXIS 2115.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 389 Fed. Appx. 476.

No. 10-9011. Juan Garcia, Petitioner v. United States.

562 U.S. 1300, 131 S. Ct. 1710, 179 L. Ed. 2d 640, 2011 U.S. LEXIS 2172.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-9017. Julian Espinoza, Petitioner v. United States.

562 U.S. 1300, 131 S. Ct. 1710, 179 L. Ed. 2d 640, 2011 U.S. LEXIS 2166.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 403 Fed. Appx. 315.

No. 10-9022. Benson Watta Wanambisi, Petitioner v. United States.

562 U.S. 1300, 131 S. Ct. 1710, 179 L. Ed. 2d 640, 2011 U.S. LEXIS 2142.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 624 F.3d 724.

No. 10-9023. Lapettra Demond Watkins, Petitioner v. United States.

562 U.S. 1300, 131 S. Ct. 1711, 179 L. Ed. 2d 640, 2011 U.S. LEXIS 2116.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-9024. Lejuanne Walker, Petitioner v. United States.

562 U.S. 1300, 131 S. Ct. 1711, 179 L. Ed. 2d 640, 2011 U.S. LEXIS 2145.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 819.

No. 10-9025. Rochester Thomas, Petitioner v. United States Disciplinary Barracks.

562 U.S. 1300, 131 S. Ct. 1711, 179 L. Ed. 2d 640, 2011 U.S. LEXIS 2249.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 625 F.3d 667.